KEATING, Respondent, v. COON, Appellant. (Supreme Court, Appellate Division, Fourth De-

partment. November 14, 1906.) Action by William Keating, by guardian, etc., against S. M. Coon, as receiver, etc.

PER CURIAM. Judgment and order affirmed, with costs.

NASH, J., dissents.